Rick L. Koehmstedt, WSB No. 6-3101
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
(307) 235-6681 | Fax: (307) 234-5099
rick@schwartzbon.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CLINTON STRANGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 2:23-CV-22-SWS |
| v. ) | |
| ) | |
| WHOLESALE PAYMENTS DIRECT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLMENT

**COMES NOW** Defendant Wholesale Payments Direct, by and through its undersigned counsel, and hereby advises the Court that the parties have reached an agreement to settle this case in its entirety. The parties are currently working on the settlement documents and anticipate that dismissal pleadings will be filed within thirty (30) days.

RESPECTFULLY SUBMITTED this 20th day of June, 2023.

/s/*Rick L. Koehmstedt*
Rick L. Koehmstedt
Wyoming Bar No. 6-3101
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
(307) 235-6681 Telephone
(307) 234-5099 Facsimile
rick@schwartzbon.com

2

## CERTIFICATE OF SERVICE

      This is to certify that on the 20th day of June, 2023, the undersigned served the within and foregoing *Notice of Settlement* upon Plaintiff by electronic service and via email and U.S. Mail to:

      Clinton Strange
      7021 Winburn Drive
      Greenwood, LA  71033
      StrangeC982@gmail.com

                                            /s/*Rick L. Koehmstedt*
                                            Rick L. Koehmstedt