Rick L. Koehmstedt, WSB No. 6-3101
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
(307) 235-6681 | Fax: (307) 234-5099
rick@schwartzbon.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CLINTON STRANGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 2:23-CV-22-SWS |
| v. ) | |
| ) | |
| WHOLESALE PAYMENTS DIRECT, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pro Se Plaintiff Clinton Strange and Defendant Wholesale Payments Direct, by and through its attorney, Rick L. Koehmstedt, hereby stipulate to the dismissal of all claims against Defendant, WITH PREJUDICE, and further that the Plaintiff and Defendant each bear their own costs and attorneys' fees incurred in this action.

RESPECTFULLY SUBMITTED this 6th day of July, 2023.

/s/*Rick L. Koehmstedt*
Rick L. Koehmstedt
Wyoming Bar No. 6-3101
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center Street, Suite 500
Casper, WY 82601
(307) 235-6681 Telephone
(307) 234-5099 Facsimile
rick@schwartzbon.com
Attorney for Defendant

2

/s/ *Clinton Strange*
Clinton Strange, Pro Se
7021 Winburn Drive
Greenwood, LA  71033
StrangeC982@gmail.com

2