IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 JUL -7 AM 11:23
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| CLINTON STRANGE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLESALE PAYMENTS DIRECT, )<br>)<br>Defendant. ) | Civil Action No.: 2:23-CV-22-SWS |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' *Stipulation of Dismissal with Prejudice* (ECF NO. 17). THE COURT is fully advised in the premises and after due consideration, hereby Orders as follows:

IT IS HEREBY ORDERED, AJDUDGED AND DECREED that the claims of Plaintiff, Clinton Strange, against Defendant, Wholesale Payments Direct, are hereby **DISMISSED WITH PREJUDICE**;

IT IS FURTHER ORDERED that the parties shall each bear their own fees and costs incurred in this action.

DATED this 7th day of July, 2023.

BY THE COURT:

*[signature]*
SCOTT W. SKAVDAHL
UNITED STATES DISTRICT COURT JUDGE